# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0166

_____

BRANDON TATE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brandon Tate, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.